## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 14, 1913, TO MARCH 10, 1913.

No. 278.  ROBERT H. MONTGOMERY, TRUSTEE IN BANKRUPTCY OF MAURICE G. SAMUELS, APPELLANT, *v.* CHARLES A. READ, TRUSTEE, ETC.   Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. January 15, 1913.   Dismissed with costs, on motion of *Mr. E. C. Brandenburg,* in behalf of counsel for the appellant. *Mr. Leon Lauterstein* and *Mr. Jackson H. Ralston* for appellant.   No appearance for the appellee.

No. 130. AXEL GUSTAVESON ET AL., PLAINTIFFS IN ERROR, *v.* THE STATE OF IOWA.   In error to the Supreme Court of the State of Iowa.   January 16, 1913.   Dismissed with costs, pursuant to the tenth rule. *Mr. Benjamin I. Salinger* for the plaintiffs in error.   No appearance for the defendant in error.

No. 225. COMMERCIAL LIFE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF ILLINOIS, UPON THE INFORMATION OF GEORGE J. AMBROSE. In error to the Supreme Court of the State of Illinois. January 20, 1913.   Dismissed, without costs to either party, per stipulation of counsel. *Mr. George A. Chritton* for the plaintiff in error. *Mr. Thomas F. Sheridan* and *Mr. George B. Gillespie* for the defendant in error.